IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLIE MAYES, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:10-cv-861-MEF |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respndent. ) | |

# **O R D E R**

On November 29, 2010, the Magistrate Judge filed a Recommendation (Doc. #7) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Clerk of the Court is directed to transfer this case in its entirety to the United States District Court for the Western District of Louisiana pursuant to the provisions of 28 U.S.C. § 1404.

DONE this the 21st day of December, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE